# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Facebook account with user ID "www.facebook.com/malik. palin" a/k/a "Malik Palin (Papercha$er)", currently stored at Facebook, 151 University Ave., Palo Alto, CA 94301

)
)
)
)
)

Case No. 17-1480-M

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

evidence, contraband, fruits, instrumentalities of a crime, further described in attachment B to the affidavit

located in the _____Eastern_____ District of _____Pennsylvania_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Facebook account with user ID "www.facebook.com/malik.palin" a/k/a "Malik Palin (Papercha$er)", currently stored at Facebook, 151 University Ave., Palo Alto, CA 94301, further described in attachment A to the affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591, 1594(a) | sex trafficking of a minor and attempt |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI SA Glenn Booth
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 2, 2017

_____
*Judge's signature*

City and state: Philadelphia, PA

Hon. Carol S. Moore Wells, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES MAGISTRATE COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Search of                                  :
Facebook account with user ID
"www.facebook.com/malik.palin"         :       Mag. No.  17-1480
a/k/a "Malik Palin (Paperchaser)",
currently stored at Facebook,              :
151 University Ave., Palo Alto, CA 94301

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

      I, Glenn G. Booth, a Special Agent with the Federal Bureau of Investigation, Philadelphia, Pennsylvania, being first duly sworn, hereby depose and state as follows:

### A.  INTRODUCTION AND AGENT BACKGROUND

      1.     I make this affidavit in support of an application for a search warrant for information associated with certain Facebook accounts that is stored at premises owned, maintained, controlled, or operated by Facebook, an internet social networking company headquartered at 151 University Avenue, Palo Alto, California, 94301.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer operating the web sites.

      2.     I am employed as a Special Agent of the Federal Bureau of Investigation (FBI) in Philadelphia, Pennsylvania.  I have been employed as a Special Agent since April, 1998.  I am presently assigned to the Philadelphia Division's Crimes Against Children squad, which

investigates sex trafficking of children and prostitution, child pornography, and kidnappings, among other violations of federal law. I have gained experience through training at the FBI Academy, various conferences involving crimes against children, and everyday work related to conducting these types of investigations.

3.      As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under authority of the United States.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Facebook user "Malik Palin," a/k/a "Malik Palin (Paperchaser)" has violated Title 18, United States Code, Section 1591, which makes it a crime, in or affecting interstate or foreign commerce, to recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, or knowingly benefit financially or otherwise, from participating in such a venture, knowing or in reckless disregard of the fact that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act. There is probable cause to believe that the evidence of this crime, as described in Attachment B, will be found in the location described in Attachment A.

2

## B. BACKGROUND INFORMATION ON FACEBOOK

6.      Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

7.      Facebook asks users to provide basic contact information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

8.      Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, to all Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

9.      Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.

3

Each Facebook user's account includes a list of that user's "Friends" and a "Mini-Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

10.     Facebook users can create profiles that include photographs, videos, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

11.     Facebook has a Photos and Videos application, where users can upload an unlimited number of albums of photos and videos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

12.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or

4

on their own profiles; such comments are typically associated with a specific posting or item on the profile.

13.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

14.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

15.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

16.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

17.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook also assigns a group identification number to each group. Facebook uses the term "Group Contact Info" to describe

5

the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

18.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

19.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

20.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like

Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

21.     Therefore, the computers of Facebook are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and account application.

### C. FACTS SUPPORTING PROBABLE CAUSE

22.     The FBI is working with a confidential informant (hereinafter known as "CI") who posted a prostitution advertisement on Backpage.com on approximately September 27, 2017, indicating that she was available to engage in commercial sex acts and providing a phone number for sex buyers to call.  On October 4, 2017, a person identifying himself as "GAMBINO" from the New York area (hereinafter "GAMBINO") contacted CI by text message, and stated, "Wassup gorgeous no disrespect but you got an intelligent gentlemen [sic] wanting to know if you thought about changing your current situation to one under certified instructions and understanding if you want to know more we can talk."  CI subsequently responded, "Hi In [sic] Sunshine I got a text from you.  And no disrespect taking by your message to tell me more what your name in what city are you and how would I be benefitting from being under your certified instruction."  GAMBINO replied, "Well how you doing love I'm GAMBINO I'm Currently in New York Rite Now I'm A Man of Business An Respect Definitely Hitting For Bands You will benefit for Me Because I know the Game I will show you how to get to it the right way long as you loyal An ready to stay down for this come up let me cause it's

7

definitely worth it when somebody know the game." I know from my training and experience

working child sex trafficking investigations that GAMBINO was referring to "the Game," which

means prostitution, claiming to be a pimp, and attempting to recruit CI to work for him as a

prostitute after seeing her escort advertisement on Backpage.com.

23.     After advising GAMBINO that she was located in the Philadelphia area, the

following text conversation occurred, in which CI asked what GAMBINO could offer her, and

indicated that she was 16 years old:

> CI:  Ok cool so what make you better then [sic] the rest of these so called daddy's out
> here I heard all before
>
> GAMBINO:  I'm loyal An I'm respectful An I stand on my word I live by the Game.
>
> CI:  So what is it that you can offer me [or] provide that I alright don't have.
>
> GAMBINO:  I don't know your situation but I'm stable sweatheart [sic] car everything.
>
> CI : Ok well what do you provide for a place to stay do you provide dates my clothing or
> I'm supplies I need like condoms wiped etc and where will I be working at.
>
> GAMBINO:  I take care of everything Babygirl [sic].  You will be working in & outcalls.
> I mobile so I to move around you will be staying with me.
>
> CI:  Oh OK so would you like to know how old I'm before I give my phone number to
> call me.
>
> GAMBINO:  Definitely.  How old are you An how come I can't keep a pic.
>
> CI:  I'm 16 I'm a run away I'm not from here I'm from Raleigh nc u been meeting girls n
> working w them for past fees months.  I don't like sending pic because of my age I'm not
> trying to be found or how you not gonna use them.
>
> GAMBINO:  Sweetheart I'm not a cop or somebody that's looking for I you I just like to
> know who I'm talking to I sent you my pic so you know I'm not on no bullshit.

During the text conversations, GAMBINO sent an image of a black male with a moustache and

beard who was wearing a red hat.  The male was depicted making the universal "I love you" sign

with his right hand.  I know based on my training and experience that the term "daddy" is used to

8

mean a pimp or trafficker, and the terms "in & outcalls" refer to commercial sex acts conducted either on location at a hotel or residence ("incall") or at the sex buyer's location ("outcall").

24.    Later in the text conversation, CI asked, "Does my age bother you at all." GAMBINO responded, "It so but I know how to move. So not really."

25.    On the evening of October 4, 2017, CI conducted a consensually recorded telephone conversation with GAMBINO, in which he explained to CI how he would provide for her as her pimp. The following are partial excepts of that conversation:

CI:  How would this work?  Like, would you come here and get me or?

GAMBINO:  Yea.  I told you I'm mobile.  I have a car.

CI:  I just gotta make sure that I'm not getting myself in a situation like I was before where, you know, person told me they had me, they'd take care of everything room and board, like…

GAMBINO:  Yea

CI:  Is there a fee, or do we keep everything, like how does, I don't even know myself what I'm getting…

GAMBINO:   What?

CI:  I need know for myself, like, what am I getting myself into.  Are you get a fee, do you get everything, like what am I getting into…

GAMBINO:  Basically you get yourself next to me, I mean like, I'm a take care of everything that you need to be taken care of [UI] you will be well taken care of

CI:  Well taken care of?

GAMBINO:  Well taken care of.  What I mean by well taken care of any and everything you need is gonna be taken care of

CI:  Place to stay, [UI] dates…

GAMBINO    Place to stay, food, clothes, tellies, all that, everything, everything basically, basically everything that comes with the game.

CI:  Ok.  So like, you provide the dates, or?

GAMBINO:  Yeah.  I post you, and all that.

9

CI: Ok. And you buy all my supplies and everything?

GAMBINO: Everything. Everything. All you gotta to is, all you gotta do, all you gotta do is just work. Everything else is, everything else is gonna be taken care of, finances...

CI: Is it just me, or is it like, other girls, that, that where I'll be with, or

GAMBINO: Yeah, it, its, it will be you and somebody else, but, I don't, like, some females, they don't like to be around other people, so I don't know how your people skills is...

The telephone conversation continued, and GAMBINO indicated that he wanted to travel to

Philadelphia to pick up CI on Monday, October 9, 2017, at which time she would start working

for him as a prostitute.

26.     On October 5, 2017, the following text conversation occurred, in which GAMBINO

indicated that he was ready to come to Philadelphia to get CI:

> GAMBINO: What's wrong
>
> CI: My day is not going right
>
> GAMBINO: Damn I'm waiting on you so we can make that move
>
> CI: I know well remember I told this girl been helping me out right
>
> GAMBINO: Yes talk to me
>
> CI: I'm still good with having a room but acting funny today about posting me up I guess my phone rings more then her's lol any its stressing out cause I'm trying to make that fee for you so when I see you Monday or Tuesday my money right and male you a happy man. I need get posted asap.
>
> GAMBINO: I understand Babygirl if you want me to come An get you let me know. I got to get coins.
>
> CI: ...if you can post me up know that would be great I'm a rider I like have my money right.
>
> GAMBINO: How much you made so far. I'm post you. Yea you ad not up.
>
> CI: Yeah u think she took it down
>
> GAMBINO: I'm looking now...

10

Later, the conversation continued as follows:

> GAMBINO: I think it's time you change your situation if she moving like that. I'm get coins I need more I only got 4 dollars left in coins.
>
> CI: OK thank you so much just let me know when you to post me.

27.     On the same date, GAMBINO indicated via text that he was ready to pick up the CI. He further stated, "I'm just ready to speed the process up" and "I'm telling you let me come get you." GAMBINO also stated, "Fuck all that wait to Monday shit ma lets get this ball rolling" and "Make daddy proud." CI responed by stating, "I understand you wanna start now so call me tomorrow around 11 am right now I'm getting ready to do an overnight call."

28.     On October 6, 2017, GAMBINO stated he was en route from New York to pick up CI at the Motel 6, for which she provided him an address of 11580 Roosevelt Boulevard, Philadelphia, PA. Several hours passed and CI asked GAMBINO what time he was going to arrive.   GAMBINO asked CI, "you on some bullshit" and stated, "You playing games." GAMBINO then called several times angry on the phone, saying he was coming and that she "pissed him off" because she wasn't giving him time to get there.  GAMBINO stated that based on her age, he doesn't have time for "fuckery" and that he's being cautious of how to move with her and she knows the risk that comes with being with him and her age. GAMBINO stated he was 26 years old and that he had her by 20 years.  CI then told GAMBINO she was going to "chill out" and that she was "out."

29.     Throughout the holiday weekend of October 7-9, 2017, GAMBINO proceeded to text CI and ask how much money CI was making and how her "fee" was coming along.  He also repeatedly indicated that he was ready to come and get her.  On October 9, 2017, GAMBINO called CI and arranged to meet her the following day.

30.     On Tuesday, October 10, 2017, CI gave GAMBINO the address of Four Points

Sheraton hotel located 9461 Roosevelt Boulevard, Philadelphia, PA 19114, via text message.

31.     On October 10, 2017, GAMBINO, identified as MALIK PALIN, DOB xx/xx/1991,

arrived at the Four Points Sheraton. PALIN was speaking to CI on the phone while walking into

the hotel. PALIN arrived at room number 119, to which CI had told him to come, and was

subsequently arrested. PALIN appeared to be the same person as the photo purportedly of himself

that he had previously sent to the CI via text message. At the time of the arrest, FBI SA Michael

Bronisz called phone number 347-479-2163, which was the phone number the CI was using to

communicate with GAMBINO via text message, in the presence of PALIN and PALIN's phone

started ringing.

32.     A review of the Facebook account "MALIK PALIN (Paperchaser)" reveals

publically viewable photos of PALIN. These photos depict the MALIK PALIN arrested by the

FBI on October 10, 2017. Additionally, one of PALIN's Facebook photos is the same photo he

sent to the CI via text messaging. There are also a number of videos viewable on PALIN's

Facebook page in which PALIN appears to be in a hotel room with two females in the

background. PALIN mentions pimping in those videos.

33.     On October 16, 2017, a Search Warrant was obtained for the cellular telephone

carried by PALIN from the Honorable Richard A. Lloret, United States Magistrate Judge. An

examination of the cellphone revealed a conversation which took place on October 2, 2017 on

Facebook Messenger with someone using the name "cool leah." The following chat took place:

| | |
|---|---|
| PALIN MALIK (Paperchaser): | Stop playing with me |
| COOL LEAH: | What? |
| PALIN MALIK (Paperchaser): | What you going do |

12

| | |
|---|---|
| COOL LEAH: | Yo I don't have any money now |
| COOL LEAH: | And he on me and he like sat me down telling me |
| | Friday we going shopping n doing all this |
| COOL LEAH: | Damn I don't like being put in this position |
| PALIN MALIK (Paperchaser): | You starting to piss me off |
| PALIN MALIK (Paperchaser): | If you not coming just say that |
| PALIN MALIK (Paperchaser): | Lol |
| PALIN MALIK (Paperchaser): | She ready to choose man lol |
| . . . | |
| COOL LEAH: | Who ready to choose |
| PALIN MALIK (Paperchaser): | You |

PALIN followed up with "cool leah" on October 3, 2017, stating in part:

PALIN MALIK (Paperchaser):     You want to come or not?

Based upon my knowledge and experience, and the facts laid out in this affidavit to include this chat with "cool leah," I believe PALIN was using Facebook Messenger to recruit girls to work for him as prostitutes, and that he was specifically attempting to recruit "cool leah" to work for him as a prostitute. Based on my training and experience, I know that the term "choose" or "choose up" means to select a pimp.

34.    On October 12, 2017 a preservation request was sent to Facebook for the account "MALIK PALIN (Paperchaser)". Facebook issued that request a case number of 1288347. Based on the above facts, your affiant believes that PALIN is using his Facebook pages to solicit females for prostitution using force, fraud or coercion.   The private messages and other sections

13

of his Facebook pages may have information about other women and underage girls that are working for PALIN.

### D. AUTHORITY TO SEARCH FACEBOOK AND METHOD OF SEARCH

35.     Under 18 U.S.C. §§ 2711(3) and 3127, this Court has the authority to issue the warrant directing Facebook to comply even though Facebook is not located in this district, because the Court has jurisdiction over the offense being investigated.

36.     Pursuant to 18 U.S.C. §§ 2703(g), a law enforcement officer does not have to be present for either the service or execution of the warrant. It is sufficient to serve it by fax or by mail upon Facebook.

37.     I request that Facebook be required to produce the electronic communications and other information identified in Attachment B hereto. Because Facebook is not aware of the facts of the investigation, its employees are not in a position to search for relevant evidence. In addition, requiring Facebook to perform the search would be a burden upon the company. If Facebook is asked to produce all the files in the account, an employee can do that easily. Requiring Facebook to search the materials to determine what content is relevant would add to their burden.

38.     I request that the Court authorize law enforcement agents to seize only those items identified in Attachment B from what is produced by Facebook pursuant to the search warrant. In reviewing these messages, I will treat them in the same way as if I were searching a file cabinet for certain documents. Postings will be scanned quickly to determine if they are relevant to my search. If they are, they will be read. If I determine that they are not relevant, I

14

will put them aside without reading them in full. This method is similar to what a law enforcement officer would do in the search of a filing cabinet or a seized computer.

39.. Under 18 U.S.C. §§ 2703(b)(1)(A), notice to the customer or subscriber is not required when the government obtains the contents of electronic communications using a search warrant.

40. I also ask that the warrant direct Facebook to produce identifying information pertaining to this account. The government may obtain such records by either filing a motion under 18 U.S.C. § 2703(d), or by means of a search warrant under 18 U.S.C. § 2703(c)(1)(A). Since I need a search warrant to obtain the electronic communications in any event, I am requesting account identifying information by search warrant as well. The facts set forth above show probable cause also constitute specific and articulable facts, showing that there are reasonable grounds to believe that the records and other information sought are relevant and material to an ongoing criminal investigation, as required by 18 U.S.C. § 2703(d).

15

## E.  CONCLUSION

41.     Based on the facts set forth above, I have probable cause to believe that evidence

of violations of 18 U.S.C. 1591, further described in Attachment B, will be found in the

Facebook account to be searched, further described in Attachment A.  I therefore respectfully

request the issuance of a search warrant.

Respectfully submitted,

Glenn G. Booth
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on November 2, 2017:

HONORABLE CAROL S. MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

16

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID

"**www.facebook.com/malik.palin**" a/k/a "**Malik Palin (Paperchaser)**" that is stored at

premises owned, maintained, controlled, or operated by Facebook, a company headquartered at

151 University Avenue, Palo Alto, California, 94301.

# ATTACHMENT B

## Particular Things to be Seized

## I.    Information to be disclosed by Facebook

1.  INFORMATION TO BE PROVIDED BY FACEBOOK:  For the account associated with profile account "malik.palin", and/or screen name "MALIK PALIN (Paperchaser)" :

(a)    All contact information, including full name, user identification number, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(c)    All Neoprints, including profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(d)    All other communications and messages made or received by the user, including all private instant messages and pending "Friend" requests;

(e)    All IP logs, including all records of the IP addresses that logged into the account;

(f)     All information about the user's access and use of Facebook Marketplace;

(g)     The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(h)     All privacy settings and other account settings;

(i)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

(j)     Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts;

**II.    Information to be seized by the government**

(a)  All items relating to suspected human trafficking, prostitution, "escort services", "erotic services" and/or "modeling;"

(b)  Any information that would identify the holder of this account;

(c)  Any information showing a link between this account and/or relating to Malik Palin.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct.  I am employed by Facebook, and my official

title is _____.  I am a custodian of records for Facebook.  I state

that each of the records attached hereto is the original record or a true duplicate of the original

record in the custody of Facebook, and that I am the custodian of the attached records consisting

of _____ (pages/CDs/kilobytes). I further state that:

a.       all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.       such records were kept in the ordinary course of a regularly conducted business activity

of Facebook; and

c.       such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____          _____

Date                                                          Signature